

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| COUNTY OF EL PASO, TEXAS, | § | No. 08-22-00060-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| MICHAEL FLORES, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2019DCV2227) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and reversed and remanded in part. The trial court's order denying Appellant's plea to the jurisdiction as to Appellee's disability discrimination claim is affirmed and we remand that claim for further proceedings consistent with this opinion. We reverse the trial court's order denying Appellant's plea to the jurisdiction as to Appellee's sex-discrimination and retaliation claims and render judgment dismissing those claims.

We further order that each party shall bear their own cost of appeal, for which let execution issue. *See* Tex.R.App.P. 43.5. This decision shall be certified below for observance.

IT IS ORDERED THIS 9TH DAY OF MARCH, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Soto, J., Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (sitting by assignment)